IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FLORASTENE F. BURKS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Case No. CIV-08-428-RAW |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 2, 2010, United States Magistrate Judge Kimberly E. West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 29th day of March, 2010.

**Dated this 29th Day of March 2010.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0